UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| *In* re: Jay B. Freedman<br>Attorney at Law, Bar No. 12214 | Case No. 2:20-ms-00023<br><br>ORDER OF SUSPENSION |

On May 14, 2020, this Court entered an Order to Show Cause ("OSC"), mailed via certified mail with a Certified Mail Return Receipt date of delivery of May 15, 2020. (ECF Nos. 1, 2.) The OSC provided Mr. Freedman with 30 days to respond with reasons why he should not be suspended from the practice of law in this Court. No response has been received from Mr. Freedman. Failure to respond within thirty 30 days warrants an Order of Suspension. *See* LR IA 11-7.

It is therefore ordered that Jay B. Freedman, Bar No. 12214, is hereby suspended from practice in United States District Court for the District of Nevada.

DATED THIS 9th day of July 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of the United States District Court, and that on this 9th day of July 2020, I caused to be served a true and correct copy of the foregoing Order to Show Cause to the following parties via Certified Mail, Return Receipt Requested via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

> Jay B. Freedman
> 11700 W. Charleston Blvd., Suite 170-357
> Las Vegas, NV 89135

Certified Mail No.: 7019 0700 0001 7574 6871

> /s/ Lorena Q.
> Deputy Clerk
> United States District Court,
> District of Nevada